UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONRUDY LOISEAU, QUENTIN L.
HEBRON and DWAYNE SMALL,
individually and, on behalf of all others
similarly situated,

        Plaintiffs,

v.

BOZZUTO'S INC., JAMES JONES, CHUCK
CERRETA and JOEL SANTIAGO

        Defendants.

CIVIL ACTION NO.: 3:22-CV-01485(JCH)

## [PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS MOTION *IN LIMINE*

The Court, having considered Defendants' Omnibus Motion *In Limine*, and any responses and replies thereto, and any arguments thereon, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants' Omnibus Motion *in Limine* is **GRANTED;** and

**IT IS FURTHER ORDERED** that Plaintiffs shall be precluded from offering any evidence, testimony, or attorney argument concerning the following:

1.      Positions outside of the 11 hourly warehouse positions included in the class definition set out by the Court in its class certification decision (ECF No. 162), beyond the class period, and as to collateral matters that do not bear on the class claims or the claims of the individual named Plaintiffs'. These exhibits include, but are not limited to, PX-92, PX-100, PX-114, PX-115, PX-119, PX-140, PX-141, PX-263, PX-177, PX-202, PX-209, PX-249, PX-250, and PX-259.

2.      Class members selected from a non-random, non-representative sample.

3.      Bozzuto's, Inc.'s, or Michael Bozzuto's financial standing or collateral legal matters. These exhibits include, but are not limited to, PX-288, PX-289, PX-290, PX-291, PX-292

4.      Financial reports, labor force statistics, and background information about the Town of Cheshire. These exhibits include, but are not limited to, PX-285, PX-286, and PX-287.

5.      The Trumbull police report and the threatening text message and video allegedly sent to Plaintiff Loiseau. These exhibits include, but are not limited to, PX-39 and PX-40.

6.      The parties' pre-trial positions and discovery disputes.  And,

7.      The individual Defendants' alleged drug use or intimate personal relationships.

**IT IS FURTHER ORDERED** that non-party, non-essential witnesses shall be sequestered from the courtroom until they have completed their testify.

**SO ORDERED**.

DATED: _____, 2026

_____
The Honorable Janet Hall

DM2\301816709.1